DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RYAN REZAEI (CABN 285133)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   ryan.rezaei@usdoj.gov

Attorneys for United States of America

**FILED**
Sep 14 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:20-MJ-70596-MAG |
| Plaintiff, | UNITED STATES' APPLICATION AND ORDER TO UNSEAL CASE |
| v. | |
| LUIS HUMBERTO SANCHEZ, | |
| Defendant. | |

The United States, through undersigned counsel, respectfully moves this Court to unseal the entire matter in 4:20-MJ-70596-MAG. The investigative agency has completed its investigation, and therefore, it is no longer necessary for the documents to be sealed.

DATED: September 15, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

___/S/_____
RYAN REZAEI
Assistant United States Attorney

UNSEALING APP. AND [PROPOSED ORDER     1
4:20-MJ-70596-MAG

**ORDER**

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the entire matter in 4:20-MJ-70596-MAG is unsealed.

IT IS SO ORDERED.

DATED: September 14, 2020

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge



UNSEALING APP. AND ORDER
4:20-MJ-70596-MAG

2