UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No. <u>4:20-MJ-70596-MAG</u> |
| | ) | |
| *Plaintiff*, | ) | STIPULATED ORDER EXCLUDING TIME |
| v. | ) | UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| Luis Humberto Sanchez, | ) | |
| *Defendant(s)*. | ) | |

**FILED**

Nov 19 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

For the reasons stated by the parties on the record on <u>November 19, 2020</u>, the court excludes time under the Speedy Trial Act from <u>November 19, 2020</u> to <u>December 17, 2020</u> and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The court makes this finding and bases this continuance on the following factor(s):

_____ Failure to grant a continuance would be likely to result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

_____ The case is so unusual or so complex, due to [*check applicable reasons*] _____ the number of defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__X__ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__X__ Taking into account the public interest in the prompt disposition of criminal cases, the Court finds good cause for extending the 30-day time period for the filing of an information or indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* 18 U.S.C. § 3161(b). The Court hereby orders that the 30-day time period for the filing of an information or indictment in this case be extended to December 17, 2020.

**IT IS SO ORDERED.**

DATED: <u>November 19, 2020</u>

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge

STIPULATED: <u>/S/ John Paul Reichmuth</u>          <u>/S/ Sloan Heffron</u>
Attorney for Defendant          Assistant United States Attorney

v. 11/01/2018